UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER NEAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PARSLEY ENERGY, INC., BRYAN SHEFFIELD, MATT GALLAGHER, A.R. ALAMEDDINE, RONALD BROKMEYER, WILLIAM L. BROWNING, DR. HEMANG DESAI, KAREN HUGHES, JAMES J. KLECKNER, DAVID SMITH, S. WIL VANLOH, JR. and JERRY WINDLINGER,<br><br>　　　　　Defendants. | Case No.: 20-cv-10355 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: April 15, 2021

**MOORE KUEHN, PLLC**

/s/Justin Kuehn
Justin A. Kuehn
Fletcher W. Moore
30 Wall Street, 8th floor
New York, New York 10005
Tel: (212) 709-8245
jkuehn@moorekuehn.com
fmoore@moorekuehn.com

*Attorneys for Plaintiff*